# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:
ALYCE JURGENS-SCHENK

PETER SZANTO,

    Appellant,

v.                                                                      CASE NO: 8:17-cv-920-JSM

ALYCE JURGENS-SCHENK,

    Appellee.
_____/

# ORDER

THIS CAUSE comes before the Court upon Appellant's Motion for Extension of Time to File Appellant's Opening Brief (Dkt. 4), Appellant's Motion to Establish True Name of Appellee and Verify Matching of Appellee's Name with Name on Appellee's U. S. Social Security Card (Dkt. 5), and Appellant's Motion for Permission to File Electronically (Dkt. 6).

This is a bankruptcy appeal. Pro se Appellant Peter Szanto had filed an adversary complaint against Appellee Alyce Jurgens-Schenk alleging various claims, including the recovery of money/property. The parties proceeded to mediation and, ultimately, the bankruptcy court entered a judgment in Appellant's favor. Appellant then filed a motion for costs, which the bankruptcy court denied. Although Appellant has not yet filed his initial

brief, it appears he is appealing the bankruptcy court's denial of his request for costs (Dkt. 2-2).

Appellant has now filed a slew of motions (Dkts 5-7). He wants an extension of time to file his initial brief and he requests permission to file his documents electronically via the Court's CM/ECF system. The Court will grant these requests as explained in more detail below. Curiously, Appellant has also filed a motion to "establish true name of Appellee and Verify Matching of Appellee's Name with Name on Appellee's U.S. Social Security Card." (Dkt. 5). This motion has nothing to do with the instant appeal, which strictly relates to whether Appellant should have been awarded his costs because he prevailed in his adversary proceeding. Accordingly, this motion will be denied.

It is therefore ORDERED AND ADJUDGED that:

1. Appellant's Motion for Extension of Time to File Appellant's Opening Brief (Dkt. 4) is granted. The deadline to file Appellant's brief is extended to June 19, 2017.

2. Appellant's Motion to Establish True Name of Appellee and Verify Matching of Appellee's Name with Name on Appellee's U. S. Social Security Card (Dkt. 5) is denied.

3. Appellant's Motion for Permission to File Electronically (Dkt. 6) is granted. Appellant may register for electronic filing on the Court's website, specifically, at http://www.flmd.uscourts.gov/CMECF/register.cfm.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2017.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record